IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
F I L E D
UNITED STATES DISTRICT COURT
     DENVER, COLORADO

     MAY 0 6 2011

  GREGORY C. LANGHAM
                  CLERK
```

Civil Action No. 11-cv-00336-BNB

LAURINDA GOODWIN,

    Plaintiff,

v.

SGT. MAPES,

    Defendant.

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being drawn to a district judge and magistrate judge. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and magistrate judge.

DATED May 6, 2011, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00336-BNB

Laurinda Goodwin
Prisoner No. 136966
La Vista Correctional Facility
PO Box 3
Pueblo, CO 81002

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on May 6, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
          Deputy Clerk